# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Pamela Moses | **COURT CASE NUMBER** 12-2822 JPM |
| **DEFENDANT** YouTube, Inc. | **TYPE OF PROCESS** Summons/Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
YouTube Legal Corporate, Tennessee Secretary of State

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
State Capital, Nashville, TN 37243-1102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Pamela Moses
P.O. Box 80564
Memphis, TN 38108

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

* See Attached Order, etc.

| Signature of Attorney or other Originator requesting service on behalf of: Thomas M. Gould, Clerk | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 901-495-1200 | DATE 10/23/12 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 76 | District to Serve No. 76 | Signature of Authorized USMS Deputy or Clerk CD | Date 11/2/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 11/13/12 | Time | am / pm |
|---|---|---|---|

Signature of U.S. Marshal or Deputy
Jeffrey T. Hall

| Service Fee 55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee 8.00 | Total Charges 63.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** 11/2/12 Certified Mail 70081830002280842 41
11/13/12 Return Receipt Card received

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   You Tube Legal Corporation
   C/O Tennessee Secretary of State
   State Capital
   Nashville, TN 37243

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  J. Mosley                    ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   J. Mosley                       11-6-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 1830 0002 2808 4241

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

[Postmark: 2012 NOV 13 PM 2:15 FILED UNITED STATES MARSHALS WEST TENNESSEE]
[Handwritten: 12-2822]