# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**PAMELA MOSES,**

    **Plaintiff,**

vs.                                          Civil Action No. 2:12-CV-02822-JPM-dkv

                                                **JURY TRIAL DEMANDED**

**YOUTUBE INC, YOUTUBE LLC,**
**GOOGLE INC, and**
**SHIRA KRASNOW**

    **Defendants.**

---

## DEFENDANT SHIRA KRASNOW'S RULE 12(b)(2) MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT

---

Comes now, Defendant, Shira Krasnow, by and through counsel, and moves the Court to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2). Plaintiff's Amended Complaint fails to state a proper basis for which personal jurisdiction can be asserted over Defendant Krasnow.

Currently, Defendant Krasnow's original Motion to Dismiss (ECF No. 16) and Motion for Reconsideration (ECF No. 47) are still pending before this Court. While Defendant Krasnow remains confident in her original Motion to Dismiss and her Response in Opposition to Plaintiff's Motion to Amend, Defendant Krasnow now files this Motion to Dismiss Plaintiff's Amended Complaint as a safeguard while the Court deliberates on Defendant's original Motion to Dismiss and her Motion for Reconsideration.

In further support of this Motion, the Defendant relies upon her Affidavit and Memorandum of Law, filed contemporaneously herewith, and the entire record in this case.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC


By:_____*s/Russell E. Reviere*_____
      RUSSELL E. REVIERE, #07166
      W. CHRISTOPHER FRULLA, #31127
      Attorneys for Defendant
      209 East Main Street
      P.O. Box 1147
      Jackson, TN  38302-1147
      (731) 423-2414
      rreviere@raineykizer.com
      cfrulla@raineykizer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of February, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Pamela Moses
P.O. Box 80564
Memphis, TN  38108
***Pro Se Plaintiff***

A. John Peter Mancini
MAYER BROWN, LLP
1675 Broadway
New York, NY 10019
***Attorney for YouTube, Inc.***

Mark Vorder-Bruegge, Jr
Glen G. Reid, Jr.
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120
***Attorneys for YouTube, Inc.***

                                                            *s/Russell E. Reviere*