## UNITED STATES DISTRICT COURT
## OR THE WESTERN DISTRICT OF TENNESSE

RECEIVED
2013 APR -4 PM 1:41

Plaintiff,
PAMELA MOSES
Pro SE

| | |
|---|---|
| **PAMELA MOSES**<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE INC, YOUTUBE LLC AND GOOGLE INC. Shira Krasnow<br>**Inclusive**<br><br>Defendants. | Civil Action No. 2:12-cv-02822-JPM-dkv<br><br>Complaint For Trademark Infringement, Dilution, Copyright Infringement, Defamation.<br><br>**DEMAND FOR JURY TRIAL** |

### MOTION FOR MAGISTRATE TO RECUES HERSELF—For interest [28 U.S.C.A. § 455]

Plaintiff would shows that the Honorable Diana Vescovo is disqualified from presiding as judge at the trial of this action under the provisions of Title 28, United States Code, Section 455, due to conflict of interest as more fully set forth in the affidavit attached to this motion.

Wherefore, Pamela Moses moves that the Honorable Diana Vescovo recues herself to sit on the hearing of this cause and that another judge be assigned to hear this action. All decisions made by Magistrate Vescovo be vacated immediately.

Respectfully submitted,

Dated: April 4, 2013

_____
Plaintiff
Pamela Moses
P. O. Box 80564
Memphis, TN 38108