**Affidavit—In support of motion to recues judge for personal bias or prejudice [28 U.S.C.A. §§ 144, 455(b)(1)]**

I, Pamela Moses, being duly sworn, say:

1. I am the Plaintiff in this action.
2. I am informed and believe, and based on such information and belief, allege that the Honorable Magistrate Diana Vescovo, the judge before whom this cause is pending, has a personal bias or prejudice against me/in favor of Krasnow & Google & YouTube.
3. The facts and the reasons for the belief that such bias or prejudice exists are: The magistrate son (alias) Nicholas Vescovo is an attorney with Baker, Donelson, Bearman, Caldwell, and Berkowitz. Attorney Clarence Risen who is a shareholder at this company and was opposing counsel on a matter in regards to me and has a prior relationship to me that could adversely affect the ruling in this case.

Dated April 4th 2013

*[signature]*
[Pamela Moses]

[Jurat]
Subscribed and sworn to before me on the 4th day of April, 2013.

*[signature]*
[Notary information per statute]

*[Notary seal: Carlton Brown, State of Tennessee Notary Public, County of Shelby, My Comm. Exp. July 18, 2015]*